PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-0213-KJM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| JUAN VALENTIN MANRIQUEZ, and ANDREW LARRABURE-TUMA, | DATE: January 10, 2022 TIME:  9:00 a.m. COURT: Hon. Kimberly J. Mueller |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for status on January 10, 2022.

2.     By this stipulation, defendants now move to continue the status conference until February 14, 2022, and to exclude time between January 10, 2022, and February 14, 2022, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes law enforcement reports, audio recordings, and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendants desire additional time review the discovery,

consult with their clients, conduct defense investigation, discuss potential resolution options, and otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 10, 2022, to February 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 3, 2022                    PHILLIP A. TALBERT
                                           United States Attorney


                                           /s/ JUSTIN L. LEE
                                           JUSTIN L. LEE
                                           Assistant United States Attorney


Dated:  January 3, 2022                    /s/ MEGHAN McLOUGHLIN
                                           MEGHAN McLOUGHLIN
                                           Counsel for Defendant
                                           Andrew Larrabure-Tuma


Dated:  January 3, 2022                    /s/ JENNIFER MOUZIS
                                           JENNIFER MOUZIS
                                           Counsel for Defendant
                                           Juan Manriquez


## ORDER

IT IS SO ORDERED.   The status conference set for January 10, 2022 is vacated and reset for February 14, 2022 at 9:00 a.m., and time is excluded between January 10, 2022, and February 14, 2022, under Local Code T4.

DATED: January 4, 2022

CHIEF UNITED STATES DISTRICT JUDGE