HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN D. McLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANDREW JACE LARRABURE-TUMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW JACE LARRABURE-TUMA,<br><br>Defendant. | Case No. 2:21-cr-00213-DAD-2<br><br>**ORDER SETTING SENTENCING HEARING BY ZOOM**<br><br>Date: March 7, 2023<br>Time: 9:00 a.m.<br>Court: Hon. Dale A. Drozd |

**ORDER SETTING SENTENCING HEARING BY ZOOM**

Having considered the defendant ANDREW JACE LARRABURE-TUMA'S *Motion For Sentencing Hearing To Be Held By Zoom*, (ECF No. 47) and given that the defendant is currently housed at the Central Valley Annex in McFarland, CA, and that he and his counsel have consented to proceeding with his sentencing by video appearance, IT IS HEREBY ORDERED that the sentencing hearing scheduled for March 7, 2023, be held by Zoom videoconference at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **February 17, 2023**

/s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE