HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
MEGHAN MCLOUGHLIN, NY Bar No. 5342100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Meghan_McLoughlin@fd.org

Attorneys for Defendant
ANDREW LARRABURE-TUMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00213-DAD-2 |
| Plaintiff, | **ORDER** |
| vs. | |
| ANDREW LARRABURE-TUMA, | Judge: Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibits A–D regarding juvenile records be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated:  **February 28, 2023**

_____
UNITED STATES DISTRICT JUDGE